UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Momin Mizi,

            Plaintiff(s),                    22-cv-5752 (PKC)

-against-

                                                  ORDER

Department of Homeland Security, et al.,

            Defendant(s),

_____

CASTEL, United States District Judge.

        Conference is scheduled for November 22, 2022 at 11:00 a.m. in Courtroom 11D, 500 Pearl Street, New York, New York.

        **Failure of plaintiff's counsel to appear at the conference will result in dismissal of the action for failure to prosecute and failure to comply with this Order.**

        SO ORDERED.

                                                P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       November 1, 2022